**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**James H.,**

**Plaintiff,**

**v.**

**Commissioner of Social Security,**

**Defendant.**

**Case No. 2:25-cv-1007**

**Judge Michael H. Watson**

**Magistrate Judge Gentry**

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R"), recommending the Court reverse the decision of the Commissioner of Social Security ("Commissioner") and remand this case to the Commissioner and the Administrative Law Judge ("ALJ") under Sentence Four of § 405(g) because the ALJ erred in his analysis of Plaintiff's obstructive sleep apnea. R&R, ECF No. 16. The R&R notified the parties of their right to object to that recommendation and of the consequences of failing to do so. *Id.* at 25. No party objected. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review, **REVERSES** the Commissioner's decision, and **REMANDS** this case to the Commissioner and ALJ under Sentence Four of § 405(g). The Clerk shall enter judgment for Plaintiff and terminate this case.

**IT IS SO ORDERED.**

*Michael H. Watson*

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**